IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

IN RE:                                                              CHAPTER 11
FF ACQUISITION CORP. D/B/A FLEXIBLE-FLYER          CASE NO. 05-16187-DWH

FOURTH, & FINAL, APPLICATION FOR ALLOWANCE OF COMPENSATION
FOR SPECIAL COUNSEL SWEENEY & SHEEHAN
AS TO THE GOSHORN LITIGATION

COMES NOW FF Acquisition Corp. d/b/a Flexible-Flyer (the "Debtor"), and files this its Fourth, & Final, Application for Allowance of Compensation for Special Counsel Sweeney & Sheehan as to the Goshorn Litigation (the "Application"), and in support thereof, would show unto the Court as follows, to-wit:

1. On September 9, 2005, the Debtor filed its Voluntary Petition for reorganization with this Court under Chapter 11 of the Bankruptcy Code

2. On May 1, 2007, an Order was entered by the Court, approving the employment of Sweeney & Sheehan as Special Counsel to the Debtor, in its role as a Defendant in that certain lawsuit pending in the Court of Common Pleas of Philadelphia County, Pennsylvania, styled *Goshorn, et al. v. Yerf-Dog Motor Drive Division of FFA Corp, et al* (the "Goshorn Litigation"), and bearing as Case No. 002183.

3. The services rendered to the Debtor by Sweeney & Sheehan benefitted the estate. An Affidavit reflecting the legal services rendered and expenses incurred by is attached hereto as Exhibit "A." The Affidavit also certifies and represents to the Court that the services rendered to the Debtor were reasonable and necessary and that said services have actually been rendered. A detailed itemization of said services is attached as Exhibit "B," and incorporated herein by reference.

4. This is the Debtor's fourth, and final, request for allowance of compensation for professional services rendered in this proceeding by Sweeney & Sheehan as to the Goshorn Litigation. This request covers the period from September 5, 2008, to and including November 3, 2008, and is for the sum of $630.00 in fees only.

5. The third request covered the period from August 24, 2005, to and including April 27, 2007, and was for the sum of $5,934.50, which represented $5,908.50 in fees and $26.00 in expenses. An Order awarding the full amount of the third request was entered by the Court on March 10, 2008.

6. The second request covered the period from July 19, 2007, to and including October 30, 2007, and was for the sum of $7,840.50, which represented $7,828.50 in fees and $12.00 in expenses. An Order awarding the full amount of the second request was entered by the Court on January 23, 2008.

7. The first request covered the period from May 1, 2007, to and including July 18, 2007, and was for the sum of $2,416.50 in fees. An Order approving the full amount of the first request was entered by the Court on September 24, 2007.

8. The fees charged herein represent reasonable and necessary fees that were required to be extended by Sweeney & Sheehan in furtherance of its obligations to the Debtor herein, and they represent normal and customary fees charged for representation of similarly situated clients/debtors in similar cases. The time, skill and experience utilized by Sweeney & Sheehan justify the approval of the Application.

WHEREFORE, PREMISES CONSIDERED, the Debtor requests that this Court enter an appropriate Order awarding reasonable attorneys' fees for the professional services rendered by

Sweeney & Sheehan and authorizing and directing the Debtor to pay said attorney's fees. The Debtor prays for such further and other relief, both general and special, as allowable under the circumstances.

This, the 2‍0 day of October, 2009.

Respectfully submitted,

FF ACQUISITION CORP.
D/B/A FLEXIBLE-FLYER

By Its Attorneys
HARRIS JERNIGAN & GENO, PLLC

By _____
Craig M. Geno

OF COUNSEL:

Craig M. Geno, Esq.; MSB No. 4793
Jeffrey K. Tyree, Esq.; MSB No. 9049
Melanie T. Vardaman, Esq.; MSB No. 100392
Harris Jernigan & Geno, PLLC
587 Highland Colony Parkway (39157)
P. O. Box 3380
Ridgeland, MS 39158-3380
601-427-0048 - Telephone
601-427-0050 - Facsimile
Application.wpd

## CERTIFICATE OF SERVICE

I, Craig M. Geno, do hereby certify that I have caused to be served this date, via Electronic Case Filing notification, a true and correct copy of the above and foregoing instrument to the following:

Sammye S. Tharp, Esq.
Office of the United States Trustee
Sammye.S.Tharp@usdoj.gov

Jim F. Spencer, Jr., Esq.
Watkins & Eager
jspencer@watkinseager.com

THIS the 2d day of October, 2009.

_____
Craig M. Geno

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

IN RE:                                                                CHAPTER 11
FF ACQUISITION CORP. D/B/A FLEXIBLE-FLYER     CASE NO. 05-16187-DWH


EXHIBIT "A"

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

IN RE:                                                                                                CHAPTER 11
FF ACQUISITION CORP. D/B/A FLEXIBLE-FLYER                        CASE NO. 05-16187-DWH

AFFIDAVIT

PERSONALLY APPEARED BEFORE ME, the undersigned authority, in and for the jurisdiction aforesaid, Craig M. Geno (the "Affiant"), one of the attorneys for the Debtor, who after having been first by me duly sworn, stated on oath that this Affidavit is submitted in support of the Debtor's Fourth, & Final, Application for Allowance Compensation for Special Counsel Sweeney & Sheehan as to the Goshorn Litigation (the "Application"), that the statements which are attached to the Application as Exhibit "B" represent a detailed reasonable statement of fees for services rendered to the Debtor by Sweeney & Sheehan. Affiant hereby makes application on behalf of the Debtor for payment of reasonable attorney's fees to Sweeney & Sheehan as to the Goshorn Litigation.

_____
Craig M. Geno

STATE OF MISSISSIPPI
COUNTY OF MADISON

SWORN TO AND SUBSCRIBED BEFORE ME, this the 2nd day of October, 2009.

_____
NOTARY PUBLIC

MY COMMISSION EXPIRES 5-30-11

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

IN RE: | CHAPTER 11
FF ACQUISITION CORP. D/B/A FLEXIBLE-FLYER | CASE NO. 05-16187-DWH

# EXHIBIT "B"

LAW OFFICES
SWEENEY & SHEEHAN
1515 MARKET STREET - SUITE 1900
PHILADELPHIA, PA 19102-1983

SEP 21 2009

Craig M. Geno, Esquire
Harris, Jerrigan & Geno, PLLC
587 Highland Colony Parkway
Ridgeland, MS  39158-3830

---

Charlotte M. Goshorn a p/n/g of Joshua W. Walls v. Flexible Flyer, et al
Claim Number:  JYO4J099638-2
File Number:   CMI-1104

---

Employer ID# 23-1928041
09/15/09
FINAL BILL
229175

**** FEES ****

| DATE | ATTY | TYPE | DESCRIPTION OF SERVICES | RATE/HR | HOURS | AMOUNT |
|---|---|---|---|---|---|---|
| 09/05/08 | WV | SP | Telephone call with Plaintiff's attorney regarding drafts. | $225.00 | 0.2 | $45.00 |
| 09/05/08 | WV | SP | Dictate correspondence to attorney Marano regarding draft. | $225.00 | 0.1 | $22.50 |
| 09/08/08 | WV | SP | Telephone call with Plaintiff's attorney regarding draft. | $225.00 | 0.2 | $45.00 |
| 09/18/08 | WV | SP | Receipt and review of correspondence from Plaintiff's attorney regarding draft. | $225.00 | 0.1 | $22.50 |
| 09/18/08 | WV | SP | Telephone call with Plaintiff's attorney regarding check. | $225.00 | 0.2 | $45.00 |
| 09/22/08 | WV | SP | Receipt and review of Bankruptcy filing. | $225.00 | 0.1 | $22.50 |
| 09/26/08 | WV | SP | Telephone call with Plaintiff's attorney regarding draft. | $225.00 | 0.2 | $45.00 |
| 09/30/08 | WV | SP | Telephone call with Plaintiff's attorney regarding draft; telephone call with carrier. | $225.00 | 0.3 | $67.50 |
| 10/03/08 | WV | SP | Telephone call with Plaintiff's attorney regarding drafts. | $225.00 | 0.2 | $45.00 |
| 10/07/08 | WV | SP | E-mail to Mr. Schuster regarding draft. | $225.00 | 0.2 | $45.00 |
| 10/07/08 | WV | SP | Receipt and review of e-mail from Mr. Schuster. | $225.00 | 0.1 | $22.50 |
| 10/09/08 | WV | SP | Telephone call with Plaintiff's attorney regarding draft. | $225.00 | 0.2 | $45.00 |
| 10/14/08 | WV | SP | Receipt and review of settlement draft. | $225.00 | 0.1 | $22.50 |
| 10/14/08 | WV | SP | Prepare letter to Plaintiff's attorney regarding draft. | $225.00 | 0.1 | $22.50 |

| DATE | ATTY | TYPE | DESCRIPTION OF SERVICES | RATE/HR | HOURS | AMOUNT |
|---|---|---|---|---|---|---|
| 10/28/08 | WV | SP | Telephone call with Plaintiff's attorney regarding settlement draft; e-mail to C. Geno; telephone call with Plaintiff's attorney. | $225.00 | 0.4 | $90.00 |
| 11/03/08 | WV | SP | Receipt and review of correspondence from attorney Geno regarding check. | $225.00 | 0.1 | $22.50 |
| | | | TOTAL HOURS & FEES : | | 2.80 | $630.00 |

------------------------------------------------
TOTAL DUE SWEENEY & SHEEHAN :                        $630.00
------------------------------------------------